```
                  UNITED STATES DISTRICT COURT
                            FOR THE
                     DISTRICT OF VERMONT
```

Lindley Murphy,                            :
    Plaintiff,                        :
                                         :
    v.                                 : File No. 2:14 CV 126
                                         :
State of Vermont Vermont                   :
Department of Corrections,                 :
Greg Hale, Northwest State                 :
Correctional Facility,                     :
John Doe and Jane Doe,                     :
                                         :
    Defendants.                        :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed August 21, 2015. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

Defendants' Motion for Summary Judgment (Doc. 15) is DENIED with leave to renew the Motion.

Dated at Burlington, in the District of Vermont, this 16th day of September, 2015.

                                              /s/ William K. Sessions III
                                              William K. Sessions III
                                              District Court Judge