```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT
```

Lindley Murphy,                          :
                                         :
       Plaintiff,                    :
                                         :
    v.                             : File No. 2:14 CV 126
                                         :
State of Vermont Department of           :
Corrections, Greg Hale, Northwest        :
State Correctional Facility,             :
John Doe, and Jane Doe,                  :
                                         :
       Defendants.                   :

ORDER

     The Report and Recommendation of the United States Magistrate Judge was filed February 25, 2016. Plaintiff's objections were filed March 7, 2016.

     A district judge must make a *de novo* determination of those portions of a magistrate judge's report and recommendation to which an objection is made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b) (1); *Perez-Rubio v. Wyckoff*, 718 F.Supp. 217, 227 (S.D.N.Y. 1989). The district judge may "accept, reject, or modify, in whole or in part, the magistrate's proposed findings and recommendations." *Id.*

     After careful review of the file, the Magistrate Judge's Report and Recommendation and the objections, this Court ADOPTS the Magistrate Judge's recommendations in full.

     IT IS HEREBY ORDERED that the Defendants' Renewed Motion

for Summary Judgment (Doc. 22) is **GRANTED**.  In addition, the Court declines to exercise supplemental jurisdiction over any state law claims, dismisses Murphy's request for injunctive relief, and dismisses Murphy's claims against John and Jane Doe.

It is certified that any appeal of this matter would not be taken in good faith, pursuant to  28 U.S.C. § 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 7th day of March, 2016.

/s/ William K. Sessions III
William K. Sessions III
District Court Judge